# United States District Court

Southern _____ DISTRICT OF _____ Florida

Kieran Francies Menkal,

**V.**

Todd Bradford, individually,
Anthony Fernandez, individually,
David Strauss, individually,
Jeffrey Marano, individually,
Doe No. 1, individually, and the
City of Hollywood, a Florida
Municipal corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:



97- 682
CIV-ZLOCH
MAGISTRATE
SELTZER

TO: (Name and address of defendant)

David Strauss
City of Hollywood
2600 Hollywood Blvd.
Hollywood, FL  33022-9045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh L. Koerner, P.A.
100 Southeast Sixth Street
Fort Lauderdale, FL  33301
(954) 522-1235

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke                                             JUL 1 4 1997

CLERK                                                     DATE

_C. Arnold_

(BY) DEPUTY CLERK